# Schedule A

| Underwriting Company | Insured | Claim Number | Damages with Reserves | DOL | Loss Location |
|---|---|---|---|---|---|
| American Select Insurance Company | Ours, Carol A. | R-WNP-0792770 | 88,869.49 | 9/6/2014 | 124 Mountain View St., Petersburg, WV 26847 |
| Cincinnati Insurance Company | Beattie, Paul | 2260809 | $2,123.77 | 7/9/2014 | 1226 East Ash Rd #L33, Plymouth, VT 05056 |
| Cincinnati Insurance Company | Bratcher, Jason | 2275134 | $39,616.55 | 8/3/2014 | 3938 W Villa Rita Dr, Glendale, AZ 85308 |
| Cincinnati Insurance Company | Brock, Robert C. | 1387103 | $22,096.95 | 8/24/2010 | 95 Cherry Ln, Equality, AL 36026 |
| Cincinnati Insurance Company | Community State Bank | 1856120 | $64,840.28 | 9/5/2012 | 622 S Peoria Ave, Dixon, IL 61021 |
| Cincinnati Insurance Company | Crosno, Deborah & Michael | 1190987 | $94,050.89 | 9/2/2009 | 309 Osprey Point, Hot Springs, AR 71913 |
| Cincinnati Insurance Company | Deden, Byron & Patricia | 2157615 | $55,746.92 | 2/6/2014 | 314 S 51st Ave, Omaha, NE 68132 |
| Cincinnati Insurance Company | Dwyer, John | 2256602 | $34,466.81 | 7/6/2014 | 12005 Cherokee Ln, Leawood, KS 66209 |
| Cincinnati Insurance Company | Excaliber Investment Group LLC | 1908451 | $19,384.65 | 12/19/2012 | Ft Myers, FL |
| Cincinnati Insurance Company | Fred H. Farrer Partnership | 1390226 | $17,833.02 | 8/28/2010 | 1231 NW BRd St, Suite 102 & 104, Murfreesboro, TN 37129 |
| Cincinnati Insurance Company | Gallina Development Corporation | 1885099 | $87,944.45 | 11/3/2012 | 3495 Winton Pl, Bldg E, Henrietta, NY 14623 |
| Cincinnati Insurance Company | Goss, Lorraine | 1882917 | $47,642.14 | 11/1/2012 | 1446 1st St NE, Massillon, OH 44646 |
| Cincinnati Insurance Company | Hirman, Roland | 1794590 | $103,135.71 | 6/11/2012 | 3734 Pinetree Dr, St James City, FL 33956 |
| Cincinnati Insurance Company | Kerr, Kenneth & Kathy | 2255779 | $6,778.04 | 7/3/2014 | 120 Haverford Dr, Butler, PA 16001 |
| Cincinnati Insurance Company | KL Studio LLC | 2256992 | $107,774.19 | 7/9/2014 | 211 North 4th St, Lafayette, IN 47901 |
| Cincinnati Insurance Company | Laiben, Mark | 2044743 | $56,515.20 | 8/7/2013 | 508 North Truman, Crystal City, MO 63019 |
| Cincinnati Insurance Company | LaRoche, William W., III | 1563245 | $23,298.85 | 6/11/2011 | 5252 Trowbridge Dr, Atlanta, GA 30338 |

## Schedule A

| Underwriting Company | Insured | Claim Number | Damages with Reserves | DOL | Loss Location |
|---|---|---|---|---|---|
| Cincinnati Insurance Company | Lemonade Tree, LLC | 2312485 | $29,398.36 | 10/2/2014 | 209 Elizabeth St, Utica, NY 13502 |
| Cincinnati Insurance Company | Maloney, Linda | 2270707 | $18,330.58 | 7/25/2014 | 5704 Stone Lake Dr, Dayton, OH 45429 |
| Cincinnati Insurance Company | Mattis & Mattis | 1863601 | $14,526.65 | 10/1/2012 | Shamokin, PA |
| Cincinnati Insurance Company | Michael Spicer d/b/a Dimensions in Barber and Beauty | 944149 | $27,559.38 | 7/28/2008 | 1916 Irving Ave N, Minneapolis, MN 55411 |
| Cincinnati Insurance Company | Mills, Steven | 2161857 | $30,010.71 | 2/13/2014 | 8078 State Rd 158, Bedford, IN 47421 |
| Cincinnati Insurance Company | RJ Equities | 1853662 | $6,248.17 | 9/13/2012 | 2403 Sidney St, Pittsburgh, PA 15203 |
| Cincinnati Insurance Company | Rose, Victor | 2249465 | $49,232.17 | 6/24/2014 | 13480 Mercier St, Southgate, MI 48195 |
| Cincinnati Insurance Company | Shepherd, Daniel | 2029529 | $20,940.35 | 7/16/2013 | 115 Bellaire Ave, Dayton, OH 45420 |
| Cincinnati Insurance Company | Spherion of Lima, Inc. | 1386590 | $55,539.36 | 8/22/2010 | 210 N Elizabeth St, Lima, OH 45801 |
| Cincinnati Insurance Company | Stengel Hill Architecture | 1999789 | $61,860.83 | 5/31/2013 | 1764 Frankfort Ave, Louisville, KY 40207 |
| Cincinnati Insurance Company | Teske, Ken | 2270473 | $6,120.14 | 7/27/2014 | 1901 Country Knolls Ln, Elgin, IL 60123 |
| Cincinnati Insurance Company | Theado, Thomas & Kathleen | 2270302 | $56,988.08 | 7/26/2014 | 979 Kenwood Ln, Columbus, OH 43220 |
| Cincinnati Insurance Company | Touma, Dr. B. Joseph & Omayma | 1994205 | $28,968.75 | 5/21/2013 | 1616 13th Ave, Suite 100, Huntington, WV 25701 |
| Cincinnati Insurance Company | Waters, James T. | 1301753 | $34,450.64 | 4/5/2010 | 533 Halsey Ave, Pittsburgh, PA 15221 |
| Cincinnati Insurance Company | Young Street Property Group | 2089978 | $14,673.98 | 10/19/2013 | 2090 Young St, Smyrna, GA 30080 |
| Erie Insurance Company | Armstrong, Frances K. | 010930220422 | $3,182.60 | 5/9/2013 | 10 N Fulton St, Homer, NY 13077 |

## Schedule A

| Underwriting Company | Insured | Claim Number | Damages with Reserves | DOL | Loss Location |
|---|---|---|---|---|---|
| Erie Insurance Company | Czarniak, Beatrice | 010181116310 | $5,743.24 | 8/13/2013 | 231 Pringle St, Kingston, PA 18704 |
| Erie Insurance Company | Merrell, Mary | 010740403618 | $9,042.68 | 10/11/2014 | 2105 Crest Rd, Cincinnati, OH 45240 |
| Erie Insurance Company | Pikas, Mary & Depascale, Guy | 010181163501 | $3,418.81 | 7/23/2014 | 24 Maple Dr, Swoyersville, PA 18704 |
| Erie Insurance Company | Rennie, Kathleen | 010150952048 | TBD | 12/9/2014 | 1069 Harding St, Bridgeville, PA 15017 |
| Erie Insurance Company | Scalzo, Michael | 010181162222 | $4,138.56 | 7/11/2014 | |
| Erie Insurance Company | Sparicino, Joseph & Linda | 010181169256 | $15,591.72 | 9/9/2014 | 403 Roanoke Ln, Scranton, PA 18504 |
| Erie Insurance Exchange | Adamcik, Rita | 010171389464 | $2,708.73 | 9/24/2014 | 10 Lamplight Acres, Kulpmont, PA 17834 |
| Erie Insurance Exchange | Bargerstock, Jeffrey & Carly | 010950714649 | TBD | 8/21/2014 | 155 4th St, Freeport, PA 16229 |
| Erie Insurance Exchange | Bartolomei, Lisa Marie | 010181161119 | $3,396.78 | 7/5/2014 | 232 Main St, Duryea, PA 18640 |
| Erie Insurance Exchange | Bartosiewicz, Frank & Lillian | 010181109284 | $20,151.93 | 6/12/2013 | 52 Nafus St, Pittston, PA 18640 |
| Erie Insurance Exchange | Beck, Shawn | 010950709392 | $73,000.00 | 6/17/2014 | 331 W Church Ave, Masontown, PA 15461 |
| Erie Insurance Exchange | Biagini, Thomas | 010150942683 | TBD | 9/11/2014 | 179 Sylvania Dr, Pittsburgh, PA 15236 |
| Erie Insurance Exchange | Bishop, Michael | 010150901118 | $23,510.24 | 8/10/2013 | 437 Clair Dr, Upper St Clair, PA 15241 |
| Erie Insurance Exchange | Bogush, John & Gloria | 010171349680 | $2,919.13 | 4/8/2014 | 957 Pine St, Kulpmont, PA 17834 |
| Erie Insurance Exchange | Boyer, Stephanie | 010171396206 | TBD | 11/1/2014 | 1494 Smoketown Rd, Lewisburg, PA 17837 |
| Erie Insurance Exchange | Brown, George | 010181157124 | $12,840.95 | 6/5/2014 | 56 Pittston Ave, Pittston, PA 18640 |

## Schedule A

| Underwriting Company | Insured | Claim Number | Damages with Reserves | DOL | Loss Location |
|---|---|---|---|---|---|
| Erie Insurance Exchange | Brown, Landis & Kimberly | 010171330096 | $6,788.56 | 12/27/2013 | 469 North St, Minersville, PA 17954 |
| Erie Insurance Exchange | Burgess, Kristy L. | 010220279065 | TBD | 8/16/2014 | 713 Sunset Ave, Hagerstown, MD 21740 |
| Erie Insurance Exchange | Cawley, Ann Marie & William | 010181164120 | TBD | 7/28/2014 | 59 Park St, Taylor, PA 18517 |
| Erie Insurance Exchange | Chatim, Nitin & Idil | 010210832554 | $236,935.58 | 9/4/2012 | 12410 Poplar View Dr, Bowie, MD 20720 |
| Erie Insurance Exchange | Chin, Raymond & Mary | 010210821440 | $32,170.21 | 6/26/2012 | 1230 Harmony Ln, Owings, MD 20736 |
| Erie Insurance Exchange | Cipriani, Angelo & Doris | 010181120081 | $22,010.08 | 9/15/2013 | 31 Abraham Ave, Hanover Township, PA 18706 |
| Erie Insurance Exchange | Crawford, Addie | 010190359926 | $19,687.70 | 1/20/2014 | 12 Parkway St, Coatesville, PA 19320 |
| Erie Insurance Exchange | Daley, Michael & Rona | 010150931811 | $12,716.94 | 5/30/2014 | 2474 Corteland Dr, Pittsburgh, PA 15241 |
| Erie Insurance Exchange | Davison Realty LLC | 010181170595 | $35,382.95 | 9/22/2014 | 5 Pethick Dr, Plains Township, PA 18702 |
| Erie Insurance Exchange | Dean, Dennis | 010810113456 | $11,957.68 | 6/3/2013 | 110 Taylor Industrial Blvd, Hendersonville, TN 37075 |
| Erie Insurance Exchange | Delayo, Anthony | 010181106187 | $7,689.19 | 5/16/2013 | 641 Main St, Avoca, PA 18641 |
| Erie Insurance Exchange | Derr, Jennifer & Erik | 010181146731 | $24,216.47 | 3/29/2014 | 19 Jay St, Swoyersville, PA 18704 |
| Erie Insurance Exchange | Fawcett, Kenneth | 010150899714 | $13,864.02 | 7/28/2013 | 3 Burke Rd, Cranberry Township, PA 16066 |
| Erie Insurance Exchange | Felock, Monika | 010410386095 | $37,259.27 | 3/13/2013 | 61 Willow Landing, Statford, VA 22554 |
| Erie Insurance Exchange | Ferranti, Todd & Robert | 010181126673 | $9,671.83 | 11/7/2013 | 1831 South Webster Ave, Scranton, PA 18505 |
| Erie Insurance Exchange | Fleury, Joan | 010181115414 | $7,568.88 | 8/5/2013 | 500 Short St, Throop, PA 18512 |

## Schedule A

| Underwriting Company | Insured | Claim Number | Damages with Reserves | DOL | Loss Location |
|---|---|---|---|---|---|
| Erie Insurance Exchange | Fries, Diane | 010950671217 | $91,203.95 | 3/20/2013 | 125 French Island Rd, Perryopolis, PA 15473 |
| Erie Insurance Exchange | Gammaitoni, Arnold R. | 010181111764 | $6,247.23 | 7/3/2013 | 1713 Monroe Ave, Dunmore, PA 18509 |
| Erie Insurance Exchange | Gaulick, Bernard & Mary | 010181153004 | $2,826.16 | 5/16/2014 | 31 Timspon Ct, Ashley, PA 18706 |
| Erie Insurance Exchange | Getchey, Roseann | 010171307696 | $13,721.99 | 8/18/2013 | 13 N Shamokin St, Shamokin, PA 17872 |
| Erie Insurance Exchange | Giambra, Marilyn | 010181160129 | TBD | 6/29/2014 | 188-190 E 7th St, Wyoming, PA 18644 |
| Erie Insurance Exchange | Graff, Gretchen A. | 010150903122 | $6,959.75 | 9/2/2013 | 256 Patterson Rd, Bethel Park, PA 15102 |
| Erie Insurance Exchange | Griegel, Edward & Danita | 010171282497 | $12,770.90 | 3/7/2013 | 2065 Wood Glen Rd, Pottsville, PA 17901 |
| Erie Insurance Exchange | Grogan, Marion | 010181133900 | $5,134.70 | 1/6/2014 | 1034 Rutter Ave, Forty Fort, PA 18704 |
| Erie Insurance Exchange | Halfhill, Shaun D. | 010950718213 | $4,996.04 | 9/8/2014 | 11 Church St, Dunbar, PA 15431 |
| Erie Insurance Exchange | Hamilton, Blaine & Murfin | 010960143294 | $9,667.47 | 9/15/2013 | 114 E Everett St, Dixon, IL 61021 |
| Erie Insurance Exchange | Hardy, Derrick | 010150902094 | $22,204.71 | 8/21/2013 | Pittsburgh, PA 15212 |
| Erie Insurance Exchange | Harris, Jordan | 010150924163 | $38,636.17 | 3/14/2014 | 138 E Euclid Ave, New Castle, PA 16105 |
| Erie Insurance Exchange | Head Strong Hair With Attitude | 010181168980 | $13,679.60 | 9/7/2014 | 283 Wyoming Ave, Kingston, PA 18704 |
| Erie Insurance Exchange | Hosseini-Bami, Sayad O & Jacqueline Isaacson | 010190370508 | $37,421.30 | 5/25/2014 | 126 Second Ave, Broomall, PA 19008 |
| Erie Insurance Exchange | Hudson, Margaret | 010181114129 | $12,603.11 | 7/24/2013 | 319 Newton St, Duryea, PA 18642 |
| Erie Insurance Exchange | James Herold Life Tenant | 010150903149 | $10,180.69 | 9/1/2013 | 149 N Eberhart Rd, Butler, PA 16001 |

## Schedule A

| Underwriting Company | Insured | Claim Number | Damages with Reserves | DOL | Loss Location |
|---|---|---|---|---|---|
| Erie Insurance Exchange | Jones, Mary Ruth | 010810113623 | $50,628.35 | 7/16/2013 | 505 Memorial Blvd, Springfield, TN 37172 |
| Erie Insurance Exchange | Keefel, Milinda | 010181171673 | $4,593.89 | 9/30/2014 | PA |
| Erie Insurance Exchange | Kiehl, Charles & Jean | 010950675890 | $11,781.75 | 5/21/2013 | 121 Beatty St, Apollo, PA 15613 |
| Erie Insurance Exchange | Kirchner, Dale & Lea | 010150893258 | $7,041.60 | 6/5/2013 | 113 Pointview Rd, Pittsburgh, PA 15227 |
| Erie Insurance Exchange | Kuster, Ricard & Priscilla | 010181133630 | $1,753.92 | 1/4/2014 | 323 N Lehigh Ave, Wind Gap, PA 18091 |
| Erie Insurance Exchange | Lint, Nikolea P. | 010950714878 | $4,821.31 | 8/24/2014 | 211 E Green St, Connellsville, PA 15425 |
| Erie Insurance Exchange | Liptak, Carl & Roxana | 010171339488 | $14,140.74 | 2/14/2014 | 124 W High St, Womelsdorf, PA 19567 |
| Erie Insurance Exchange | M & OMP Properties Inc. | 010740385523 | $66,866.45 | 11/6/2013 | 4900 Frederick Pike, Chesterfield, MO 63006 |
| Erie Insurance Exchange | Madar, Helen | 010181149886 | $3,369.69 | 4/23/2014 | 3223 Dennison St, Swoyersville, PA 18704 |
| Erie Insurance Exchange | Marino, Carmen & Anita | 010171375777 | $10,295.57 | 7/11/2014 | 493 Coburn Hill Rd, Warren Center, PA 18851 |
| Erie Insurance Exchange | McHale, John | 010181119766 | $16,254.25 | 9/12/2013 | 133 Charles St, Throop, PA 18512 |
| Erie Insurance Exchange | Paul J Witt MD | 010181146920 | $29,683.00 | 3/31/2014 | 59 East Carey St, Plains, PA 18705 |
| Erie Insurance Exchange | Pavloski, Richard | 010181175320 | $1,585.17 | 10/24/2014 | 271 Poplar St, Wilkes-Barre, PA 18702 |
| Erie Insurance Exchange | Petak, Joseph & Ann Marie | 010181167285 | TBD | 8/22/2014 | 123 42nd St, Carbondale, PA 18407 |
| Erie Insurance Exchange | Pliska, Robert | 010181111850 | $10,950.16 | 7/3/2013 | 110 Mary St, Olyphant, PA 18447 |
| Erie Insurance Exchange | Pothering, Eleanore | 010171364344 | $350.00 | 5/27/2014 | 2200 1st Ave, Apt. 238, Pottsville, PA 17901 |

## Schedule A

| Underwriting Company | Insured | Claim Number | Damages with Reserves | DOL | Loss Location |
|---|---|---|---|---|---|
| Erie Insurance Exchange | Rachilla, Bernard & Deborah Ann | 010181115768 | $16,687.57 | 8/8/2013 | 209 Lincoln St, West Wyoming, PA 18644 |
| Erie Insurance Exchange | Robinson, Bruce & Vandalyn | 010740399179 | TBD | 7/15/2014 | 1310 Vista Ridge Dr, Miamisburg, OH 45342 |
| Erie Insurance Exchange | Rosewood Realty LLC | 010181133794 | $22,361.79 | 1/6/2014 | 433 Rutter Ave, Kingston, PA 18704 |
| Erie Insurance Exchange | Saslo, Helen | 010181139479 | $31,312.33 | 2/12/2014 | 100 Fern Hills Dr, Olyphant, PA 18447 |
| Erie Insurance Exchange | Schaeffer, Wade & Jane | 010171353868 | $5,975.47 | 5/1/2014 | 2039 Elm St, Woodland Acres, Pottsville, PA 17901 |
| Erie Insurance Exchange | Sciullo, Francis & Diane | 010950707660 | TBD | 5/30/2014 | 1403 Penisula Dr, Central City, PA 15926 |
| Erie Insurance Exchange | Sperrazza, Santo | 010181098116 | $1,786.59 | 2/27/2013 | 604 Oak St, Old Forge, PA 18518 |
| Erie Insurance Exchange | Strausser, Jack & Elliott, Alice | 010171304263 | $20,270.68 | 7/25/2013 | 567 RailRd St, Danville, PA 17821 |
| Erie Insurance Exchange | Surridge, William | 010181090261 | $24,754.52 | 12/20/2012 | 111-113 W Taylor St, Taylor, PA 18517 |
| Erie Insurance Exchange | Taylor, Dorothy | 010190374004 | $6,148.07 | 7/1/2014 | 217 Cambridge Chase, Exton, PA 19341 |
| Erie Insurance Exchange | Trager, Heather L. | 010171318548 | $9,854.12 | 10/23/2013 | 402 Groffdale Rd, Quarryville, PA 17566 |
| Erie Insurance Exchange | Wanas, Mary Ann & John | 010181123345 | $41,110.57 | 10/12/2013 | 850 E Lackawanna Ave, Olyphant, PA 18447 |
| Erie Insurance Exchange | Wanchisen, Michael & Mary | 010181104626 | $5,987.08 | 5/2/2013 | 9 Lincoln Dr, Hanover Township, PA 18706 |
| Erie Insurance Exchange | Warman, Harold & Sandy | 010181119966 | $8,789.80 | 9/12/2013 | 105 Noyes Ave, Swoyersville, PA 18704 |
| Erie Insurance Exchange | Williard, Donna | 010171351531 | $1,017.29 | 4/20/2014 | 705 W BRd St, Williamstown, PA 17098 |
| Erie Insurance Exchange | Willier, Kimberly M. | 010171397964 | TBD | 11/7/2014 | 502 Ridge Ave, Pottsville, PA 17901 |

## Schedule A

| Underwriting Company | Insured | Claim Number | Damages with Reserves | DOL | Loss Location |
|---|---|---|---|---|---|
| Erie Insurance Exchange | Witt, Paul & Claire | 010181146821 | $60,443.92 | 3/31/2014 | 59 Eat Carey St, Plains, PA 18705 |
| Erie Insurance Exchange | Wolbert, Robert & Gail | 010150934688 | $35,383.46 | 6/24/2014 | Pittsburgh, PA 15220 |
| Erie Insurance Exchange | Yanus, Candida & Telesco, Carlo | 010181157467 | TBD | 6/8/2014 | 136 Church St, Plymouth, PA 18651 |
| Erie Insurance Exchange | Young, William | 010810127234 | $5,579.15 | 7/24/2014 | 208 Hollywood Dr, Old Hickory, TN 37138 |
| Erie Insurance Exchange | Zablosky, Mary C. | 010171307382 | $2,467.70 | 8/14/2013 | 1514 W Lynn St, Coal Township, PA 17866 |
| Erie Insurance Exchange | Zlock, Frank & Janice | 010181171759 | $4,411.33 | 10/1/2014 | 725 E BRd St, Tamaqua, PA 18252 |
| Erie Insurance Exchange | Zupanic, Frank & Colleen | 010181148024 | $4,560.70 | 4/9/2014 | 170 Crescent Ave, Wilkes Barre, PA 18702 |
| Erie Insurance Property & Casualty Company | All Saints Greek Orthodox | 010150951421 | $5,080.44 | 11/14/2014 | Weirton, WV 26062 |
| Erie Insurance Property & Casualty Company | Greco, James & Diane | 010150925690 | $14,382.43 | 3/31/2014 | 327 Bell Blvd, Weirton, WV 26062 |
| Erie Insurance Property & Casualty Company | Malone, Bryan | 010510383106 | $1,729.00 | 3/30/2013 | 218 Broadway Ave, Clarksburg, WV 26381 |
| Erie Insurance Property & Casualty Company | McBride, Marvin | 010510417299 | TBD | 9/16/2014 | 100 Fleetwood Dr, Shinnston, WV 26431 |
| Erie Insurance Property & Casualty Company | Pavlock, Catherine | 010510412962 | TBD | 7/12/2014 | 611 Wheeling Ave, Glendale, WV 26038 |
| Erie Insurance Property & Casualty Company | Summit Park Baptist Church | 010510386003 | $787.27 | 5/30/2013 | 156 Summit Park Ave, Clarksburg, WV 26301 |
| Erie Insurance Property & Casualty Company | The United Way of Monongalia & Preston Counties | 010510391641 | $11,579.30 | 8/5/2013 | 278-C Spruce St, Morgantown, WV 26505 |
| First National Insurance Company of America | Baxter, Kevin | 384606665036 | $98,646.06 | 7/16/2014 | 5234 W Ave L2, Lancaster, CA 93536 |
| First National Insurance Company of America | Slack, Pamela | 569348525007 | $12,364.77 | 4/9/2013 | 300 Russell Ave, Fullerton, CA 92833 |

## Schedule A

| Underwriting Company | Insured | Claim Number | Damages with Reserves | DOL | Loss Location |
|---|---|---|---|---|---|
| First National Insurance Company of America | Valdez, Amalia & Robert | 145379135007 | $7,023.05 | 6/18/2013 | 29002 Edgewater, Lake Elsinore, CA 92530 |
| Harleysville Preferred Ins. Co. | 2244 Union Properties, LLC | N1-094121 | $16,307.46 | 9/21/2012 | 2244 Union Rd, West Seneca, NY 14224 |
| Harleysville Preferred Ins. Co. | Adams, Peter | N1080228 | $149,428.03 | 7/9/2012 | 15 Knollwood Rd, Bloomfield, CT 06002 |
| Harleysville Preferred Ins. Co. | Highland Park Chiropractic LLC | M1157650 | $102,664.14 | 7/24/2013 | 8420 W Chester Pk, Upper Darby, PA 19082 |
| Liberty Insurance Corporation | Baillargeon, Gerard | 026838796 | $8,914.68 | 5/8/2013 | 1188 A Montalona Rd, Dunbarton, NH 03046 |
| Liberty Insurance Corporation | Crenshaw, Ronald & Margaret | 028756007 | $30,684.49 | 1/5/2014 | 2213 Langdon Ct, Decatur, GA 30035 |
| Liberty Insurance Corporation | Gordon, David & Natasha | 030524179 | $34,897.93 | 9/4/2014 | 7902 Toby Leech Dr, Elkins Park, PA 19027 |
| Liberty Insurance Corporation | Hoppenreys, Frances | 030049030-01 | $25,141.27 | 6/25/2014 | 6401 Whitney Ct, North Richland Hills, TX 76182 |
| Liberty Insurance Corporation | Jones, Patricia | 029051256 | $15,742.84 | 2/2/2014 | 431 Main St, Moosic, PA 18507 |
| Liberty Insurance Corporation | Lingaraj, Suchitra & Kutty, Jaykesh | 030139884-01 | $25,443.71 | 7/1/2014 | 3407 Crossgate Cir S, Colleyville, TX 76034 |
| Liberty Insurance Corporation | Lockard, Donald | 022864958 | $3,045.39 | 5/24/2012 | 310 Serena Dr, Hixson, TN 37343 |
| Liberty Insurance Corporation | Marsh, John & Pamela | 027488348 | $10,929.28 | 7/19/2013 | 328 Krayn Rd, Windber, PA 15963 |
| Liberty Insurance Corporation | McNeil, Scott | 029963002 | $20,385.64 | 6/11/2014 | 1799 River Park Cv, Germantown, TN 38139 |
| Liberty Insurance Corporation | Palumbo, Joseph | 029551359 | TBD | 4/20/2014 | 33 Landin St, Woodbridge, CT 06525 |
| Liberty Insurance Corporation | Parsons, Russell | 027807005 | $14,165.00 | 8/29/2013 | 1251 N Tucana Ct, Gilbert, AZ 85234 |
| Liberty Insurance Corporation | Phillion, David & Kathleen | 030671576 | $11,784.67 | 9/27/2014 | 1870 Bremen Rd, Hatfield, PA 19440 |

## Schedule A

| Underwriting Company | Insured | Claim Number | Damages with Reserves | DOL | Loss Location |
|---|---|---|---|---|---|
| Liberty Insurance Corporation | Robinson, Ruby & George | 027343606 | $35,395.49 | 6/30/2013 | 631 Cecil Ave, Louisville, KY 40211 |
| Liberty Insurance Corporation | Romera, Joaquin | 029964866 | $30,465.39 | 6/13/2014 | 2438 NW Thurman St, Portland, OR 97210 |
| Liberty Insurance Corporation | Silva, Jeff | 030470617 | $41,516.89 | 8/19/2014 | 3055 N Red Mountain 218, Mesa, AZ 85207 |
| Liberty Insurance Corporation | Smith, Robin | 027528966 | $20,897.99 | 7/23/2013 | 113 Sibley Ave, Taylor, PA 18517 |
| Liberty Insurance Corporation | Vecchiarelli, Tony & Vivian | 030107111-01 | TBD | 7/3/2014 | 6361 N Placita Alta Reposa, Tucson, AZ 85750 |
| Liberty Insurance Corporation | Yeksigian, Charles | 028421505 | $11,747.35 | 10/25/2013 | 5 N 546 E Lakeview Cir, Saint Charles, IL 60175 |
| Liberty Insurance Corporation | Yescavage, Janet & Richard | HD000-027366028-01 | $10,885.79 | 7/3/2013 | 805 Ward St, Jessup, PA 18434 |
| Liberty Mutual Fire Insurance Company | Alloro, Louis & Leslie | 025461671 | $19,262.89 | 1/9/2013 | 90 Guy St, Harrington Park, NJ 07640 |
| Liberty Mutual Fire Insurance Company | Barber, John & Jayne | 1-023920864 | $21,428.56 | 9/2/2012 | 7 Williams Terr, Bellows Falls, VT 05101 |
| Liberty Mutual Fire Insurance Company | Begovich, Kazimir | 028013726 | $42,574.02 | 9/26/2013 | 2610 Dorset Dr, Torrance, CA 90503 |
| Liberty Mutual Fire Insurance Company | Bierbaumer, Gary | HD633-21643036-01 | $13,537.93 | 1/16/2012 | 21844 Michale St, Canoga Park, CA 91304 |
| Liberty Mutual Fire Insurance Company | Booker, Edna | 029198177 | $5,046.61 | 3/3/2014 | 5820 Dell Rose Dr, Louisville, KY 40258 |
| Liberty Mutual Fire Insurance Company | Bovard, James | 027933012 | $4,738.65 | 9/16/2013 | 1898 E Kent Ave, Chandler, AZ 85225 |
| Liberty Mutual Fire Insurance Company | Boyle, John | HD332-10611167-01 | $23,173.77 | 2/10/2009 | |
| Liberty Mutual Fire Insurance Company | Chambers, Andrew | HD000-023976510-01 | $62,033.85 | 9/7/2012 | 383 Forbes St, East Hartford, CT 06118 |
| Liberty Mutual Fire Insurance Company | Click, Bernice | HD332-11540224 | $25,472.26 | 6/25/2009 | 376 Haynes St, Hackensack, NJ 07601 |

## Schedule A

| Underwriting Company | Insured | Claim Number | Damages with Reserves | DOL | Loss Location |
|---|---|---|---|---|---|
| Liberty Mutual Fire Insurance Company | Davis, Steven | 023484817-01 | $7,981.89 | 7/19/2012 | 714 S Lee Ct, Denver, CO 80226 |
| Liberty Mutual Fire Insurance Company | Delorenzo, Thomas | HD332-012522935 | $19,179.48 | 10/4/2009 | 14 Madison Ave, River Edge, NJ 07661 |
| Liberty Mutual Fire Insurance Company | Drogo, Leonard | 025166679 | $67,643.64 | 12/16/2012 | 7115 Lantana Terr, Carlsbad, CA 92011 |
| Liberty Mutual Fire Insurance Company | Elliot, Donald | 029819796 | $21,007.15 | 5/25/2014 | 9511 Indian Hills Dr, Sun City, AZ 85351 |
| Liberty Mutual Fire Insurance Company | Gordon, Alan & Gabriella | 025328174 | $10,400.94 | 12/29/2012 | 25 King Ave, Piedmont, CA 94611 |
| Liberty Mutual Fire Insurance Company | Greco, Enrico | 023828207-01 | $10,102.28 | 8/24/2012 | 60 Atlantic Ave, Hawthorne, NY 10532 |
| Liberty Mutual Fire Insurance Company | Harper, James | 027500607 | $30,087.92 | 7/20/2013 | 12119 Oak Park Dr, Houston, TX 77070 |
| Liberty Mutual Fire Insurance Company | Marshall, Teresa | 029871063 | $21,375.62 | 5/30/2014 | 654 S Meredith Dr, Pueblo, CO 81007 |
| Liberty Mutual Fire Insurance Company | McKee, Tyler | 027985028 | $28,853.97 | 9/20/2013 | 2664 W, 4000 N Twin Falls, ID 83301 |
| Liberty Mutual Fire Insurance Company | McNair, Donald | HD332-15077620 | $7,301.05 | 6/5/2010 | 351 Janet Ave, Paramus, NJ 07652 |
| Liberty Mutual Fire Insurance Company | Morgan, Rita | 030600538 | $10,636.19 | 9/16/2014 | 102 Buckingham Ct, Pomona, NY 10970 |
| Liberty Mutual Fire Insurance Company | Oliveira, Firmino | HD332-16201848 | $25,736.93 | 9/17/2010 | 52 Devon St, N Arlington, NJ 07031 |
| Liberty Mutual Fire Insurance Company | Opena, Nora | HD332-020449526-01 | $4,780.00 | 9/24/2011 | 3342 S 28th St Unit 303, Alexandria, VA 22302 |
| Liberty Mutual Fire Insurance Company | Readel, Andrea | 027553693 | $18,078.45 | 7/27/2013 | 106 Hartman Cir NE Fridley, MN 55432 |
| Liberty Mutual Fire Insurance Company | Repashy, Allen | 024104277 | $86,241.22 | 9/19/2012 | 30410 Via Maria Elena, Bonsall, CA 92003 |
| Liberty Mutual Fire Insurance Company | Roy, Tara | 029288616 | $3,020.30 | 3/14/2014 | 3491 N Arizona Ave 93, Chandler, AZ 85225 |

## Schedule A

| Underwriting Company | Insured | Claim Number | Damages with Reserves | DOL | Loss Location |
|---|---|---|---|---|---|
| Liberty Mutual Fire Insurance Company | Rubin, Anne | HD332-15347501 | $86,341.84 | 6/29/2010 | 6 S Huntington Ave, Margate City, NJ 08402 |
| Liberty Mutual Fire Insurance Corporation | Klum, Greg | 024059594 | $13,345.37 | 9/15/2012 | 8300 Middle Essex Cv, Cordova, TN 38016 |
| Liberty Mutual Fire Insurance Corporation | Kristal, Carolyn | 024453688 | $12,929.78 | 10/23/2012 | 2000 Linwood Ave Apt 9V, Fort Lee, NJ 07024 |
| Liberty Mutual Fire Insurance Corporation | Leonard, Mary | 027345107 | $9,396.82 | 6/30/2013 | 4411 Flying C Rd, Single Springs, CA 95682 |
| Liberty Mutual Fire Insurance Company | Santatikul, Suvmon | HD633-18731263-01 | $125,613.21 | 5/1/2011 | 19024 Plummer St, Northridge, CA 91324 |
| Liberty Mutual Fire Insurance Company | Schaw, Barbara | HD332-019755372-01 | $13,298.57 | 7/29/2011 | 661 Southwick Rd, Somerdale, NJ 08083 |
| Liberty Mutual Fire Insurance Company | Shirley, Brian | HD332-22224030-01 | $57,264.77 | 3/15/2012 | 410 E 4th Ave, Roselle, NJ 07203 |
| Liberty Mutual Fire Insurance Company | Smith, Todd | 028057244-01 | $3,286.65 | 10/2/2013 | 3923 Laurel Oak Cir, Murrysville, PA 15668 |
| Liberty Mutual Fire Insurance Company | Swenson, Julie | HD414-022675284-01 | $30,265.04 | 5/5/2012 | 1239 Dawn Ln, Woodbury, MN 55125 |
| Liberty Mutual Fire Insurance Company | Treloar, Jennifer & Jeffrey | 22573677 | $15,245.74 | 4/25/2012 | 7144 Yates St, Westminster, CO 80030 |
| Liberty Mutual Fire Insurance Company | Wdowiak, Alice | 022573172 | $28,457.31 | 4/23/2012 | 50 NE 48th St, Ft. Lauderdale, FL 33334 |
| Liberty Mutual Fire Insurance Company | Winnick, Evelyn | 026672922 | $1,791.16 | 4/22/2013 | 908 Eastbrooke Ln, Rochester, NY 14618 |
| Liberty Mutual Fire Insurance Company | Witt, R. Daniel & Barbara | HD633-022216599-01 | $15,674.37 | 3/18/2012 | 1110 W K St, Benicia, CA 94510 |
| Liberty Mutual Insurance Company | Ibebunjo, Stella | 027807016 | $125,636.14 | 8/29/2013 | 1242 Walnut St, Newton Highlands, MA 02461 |
| Liberty Mutual Insurance Company | Pan, Lance & Kathy | HD150-023323398-01 | $231,982.49 | 7/6/2012 | 22 Ingleside Rd, Lexington, MA 02420 |
| LM Insurance Corporation | Chang, Renee & Andy | 29382923 | $16,690.88 | 3/27/2014 | 13554 E Thoroughbred Trl, Scottsdale, AZ 85259 |

## Schedule A

| Underwriting Company | Insured | Claim Number | Damages with Reserves | DOL | Loss Location |
|---|---|---|---|---|---|
| LM Insurance Corporation | Esposito, Joseph & Maren Patrick | 028383896 | $25,766.68 | 11/15/2013 | 1633 W Vernon Ave, Phoenix, AZ 85007 |
| LM Insurance Corporation | Falcona, Joseph | 026603748-01 | $4,942.31 | 4/5/2013 | 210 S Chapel Dr, Wexford, PA 15090 |
| LM Insurance Corporation | Hom, Inez | 026939834 | $7,506.98 | 5/16/2013 | 7475 S Hazelton Ln, Tempe, AZ 85283 |
| LM Insurance Corporation | Murphy, Kathleen | 030230693-01 | $19,718.04 | 7/23/2014 | 72 Summit St, Ridgefield Park, NJ 07660 |
| LM Insurance Corporation | Rambach, Peggy | 030459897-01 | $14,561.01 | 8/25/2014 | 1 Arundel St, Andover, MD 01810 |
| LM Insurance Corporation | Scalzo, Joseph | 030741930-01 | $7,487.93 | 10/7/2014 | 84 Park St, Carbondale, PA 18407 |
| LM Insurance Corporation | Silverman, Daniel | 025693043-01 | $59,416.96 | 1/26/2013 | 077 E Amsterdam Ave, Fair Lawn, NJ 07410 |
| LM Insurance Corporation | Springer, Stephen | 027390974 | $197,307.15 | 7/6/2013 | 3001 Lancer Pl, Hyattsville, MD 20782 |
| LM Insurance Corporation | White, James | 029477998 | $10,761.40 | 4/9/2014 | 3304 Bywater Ct, Herndon, VA 20171 |
| Safeco Insurance Company of America | Abrams, Francis | 8.48199E+11 | $7,259.00 | 10/23/2012 | 25885 Trabuco Rd #24, Lake Forest, CA 92609 |
| Safeco Insurance Company of America | Anderson, Jillian | 630409535036 | $8,780.25 | 8/1/2013 | Clinton, MS |
| Safeco Insurance Company of America | Bellows | 958949375034 | TBD | 10/8/2014 | 1850 Thomas Dr, Las Cruces, NM 88001 |
| Safeco Insurance Company of America | Bustamante, Diana Jaussaud | 957488765039 | TBD | 7/27/2014 | 5220 Kalmia St, San Diego, CA 92105 |
| Safeco Insurance Company of America | Dhaliwal, Harpal | 626594794041 | $15,065.99 | 5/21/2012 | 11320 Lakeside Ave NE, Seattle, WA 98103 |
| Safeco Insurance Company of America | Dunlap, Barbara | 808350245039 | $2,185.06 | 10/11/2013 | Scottsdale, AZ |
| Safeco Insurance Company of America | Ernberger, Sheri | 125084925007 | $26,253.85 | 5/20/2013 | 6200 E Garnet Cir, Anaheim, CA 92807 |

## Schedule A

| Underwriting Company | Insured | Claim Number | Damages with Reserves | DOL | Loss Location |
|---|---|---|---|---|---|
| Safeco Insurance Company of America | Garner, Thad | 995399155036 | $19,332.20 | 2/2/2014 | Trabuco Canyon, CA 92679 |
| Safeco Insurance Company of America | Gibson, Gary & Sheryl | 157087175036 | TBD | 9/14/2014 | 7705 Hermanson Pl NE, Albuquerque, NM 87110 |
| Safeco Insurance Company of America | Gonzales-Aller, Santiago & Joyce | 5.48185E+11 | TBD | 5/19/2014 | 5008 Suncup CT NW, Albuquerque, NM 87120 |
| Safeco Insurance Company of America | Gordon, Sandra D. | 161866684041 | $6,675.02 | 1/21/2012 | 1514 7th Ave Unit 803, San Diego, CA 92101 |
| Safeco Insurance Company of America | Guhr, Larry & Jodie | 985102765036 | TBD | 7/22/2014 | 4340 E Bramble Cir, Mesa, AZ 85206 |
| Safeco Insurance Company of America | Horn, Gloria | 405399765033 | $5,342.15 | 7/31/2014 | 20 W 3rd Ave, Apt 702, San Mateo, CA 94402 |
| Safeco Insurance Company of America | Kazarian, Nina | 285279765039 | TBD | 7/31/2014 | 20 W 3rd Ave, Apt 1002, San Mateo, CA 94402 |
| Safeco Insurance Company of America | Keller, Kenneth & Sana L | 190481965039 | $53,496.85 | 8/15/2014 | 26306 N 104th Pl, Scottsdale, AZ 85255 |
| Safeco Insurance Company of America | Kennedy, Virginia | 842395075002 | TBD | 8/31/2014 | 4235 E Contessa St, Mesa, AZ 85205 |
| Safeco Insurance Company of America | King, Sarah | 698571375033 | TBD | 9/30/2014 | 13423 S 88Tth East Ave, Bixby, OK 74008 |
| Safeco Insurance Company of America | MacLaughlin, Martha & Bruce | 946919705052 | $4,115.97 | 9/16/2012 | 4101 E Sheena Dr, Phoenix, AZ 85032 |
| Safeco Insurance Company of America | Martin, Martha | 310563935039 | TBD | 9/10/2013 | 51 Lafferty Ave, Pittsburgh, PA 15210 |
| Safeco Insurance Company of America | McClenathen, Jean | 335635955002 | TBD | 4/27/2014 | 3930 Hoyt Ct #32, Wheat Ridge, CO 80033 |
| Safeco Insurance Company of America | Robbins, William & Bette | 110750075036 | $9,487.71 | 8/25/2014 | 675 Lancelot Ln, Collierville, TN 38017 |
| Safeco Insurance Company of America | Rossiter, Amanda | 933434835033 | $17,986.71 | 8/31/2013 | Phoenix, AZ 85051 |
| Safeco Insurance Company of America | Seidl, Iris | 149781805033 | $3,871.67 | 9/22/2012 | 3822 Cottonwood St, Longview, WA 98632 |

## Schedule A

| Underwriting Company | Insured | Claim Number | Damages with Reserves | DOL | Loss Location |
|---|---|---|---|---|---|
| Safeco Insurance Company of America | Singer, Melissa & Bradley | 601235175036 | TBD | 9/11/2014 | 950 N Forest Ct, Chandler, AZ 85226 |
| Safeco Insurance Company of America | Stewart, Charles | 800750005033 | $3,670.20 | 6/21/2012 | 2507 Napoleon Ave, Pearl, MS 39208 |
| Safeco Insurance Company of America | Varju, Julius & Varju-Knutson, Susan | 296031075039 | $40,000.00 | 8/22/2014 | 1653 Augusta Plz, Palm Springs, CA 92264 |
| Safeco Insurance Company of Illinois | Adams, Virgil & Helga | 168586715037 | $26,200.43 | 1/2/2013 | 620 11th Ave N, Buhl, ID 83316 |
| Safeco Insurance Company of Illinois | Britz, Victoria | 800914705036 | $44,987.62 | 9/4/2012 | 51310 Calle Jacumba, La Quinta, CA 92253 |
| Safeco Insurance Company of Illinois | Cohen, Scott | 803915465002 | $16,004.80 | 6/21/2014 | 5022 Palomar Dr, Tarzana, CA 91356 |
| Safeco Insurance Company of Illinois | Prosch, Frederick & Deborah | 573380705041 | $11,872.41 | 9/9/2012 | 3756 Summit View Ct, Corona, CA 92882 |
| Safeco Insurance Company of Illinois | Young, Robert & Hulya | 399823625036 | $43,166.37 | 4/15/2013 | 26258 Glendon Ln, Laguna Hills, CA 92653 |
| Safeco Insurance Company of Indiana | Carter, Bernadine | 301229765002 | TBD | 7/31/2014 | 205 Joliet Ave, Cincinnati, OH 45215 |
| Safeco Insurance Company of Indiana | Glawson, Donna | 812877845002 | $3,937.91 | 12/26/2013 | Macon, GA |
| Safeco Insurance Company of Indiana | Schneider, Georgia | 361724725039 | $16,528.11 | 4/28/2013 | 425 Maple St, Niles, OH 44446 |
| Safeco Insurance Company of Indiana | Weaver, Christopher | 145275655033 | $8,067.73 | 3/23/2014 | 3726 Castle Ct, Youngtown, OH 44511 |
| The First Liberty Insurance Corporation | Adler, Ira & Dana | 027896054 | $17,441.64 | 9/11/2013 | 5560 E Pasaeo Del Fuente, Tucson, AZ 85750 |
| The First Liberty Insurance Corporation | Carapazza, Edward | 027048395 | $27,701.78 | 5/26/2013 | 5560 Coach Horse Cr, Apt A, Boca Raton, FL 33486 |
| The First Liberty Insurance Corporation | Gikis, Kathleen | 028486813 | $18,347.02 | 11/30/2013 | 17 Dorset Dr, Canandaigua, NY 14424 |
| The First Liberty Insurance Corporation | Greskiewicz, Leonard | 026629845 | $36,864.89 | 4/17/2013 | 180 N Pioneer Ave, SHavertown, PA 18708 |

## Schedule A

| Underwriting Company | Insured | Claim Number | Damages with Reserves | DOL | Loss Location |
|---|---|---|---|---|---|
| The First Liberty Insurance Corporation | Lowe, Jerry | 027554186 | $8,749.73 | 7/27/2013 | 5747 E Sugarloaf Trl, CAve Creek, AZ 85331 |
| The First Liberty Insurance Corporation | Taylor, Jeanette | 026867762 | $26,629.68 | 5/8/2013 | 10019 Brownwood Ave, Orlando, FL 32825 |
| The First Liberty Insurance Corporation | Vandevord, Mary | 026991215 | $25,689.79 | 5/23/2013 | 7313 E Roosevelt St, Scottsdale, AZ 85257 |
| The First Liberty Insurance Corporation | Warrander, Ian & Anne | 030575185 | $11,072.75 | 9/11/2014 | 9873 S 44th St, Phoenix, AZ |
| The First Liberty Insurance Corporation | Yefko, Donna & Moses, Rhoda | 030529467-01 | $10,136.02 | 9/4/2014 | 21 Saint Mary St, Plains, PA 18705 |
| The First Liberty Insurance Corporation | Zaleski, Robert | 026314864 | $8,531.09 | 3/19/2013 | 216 S Valley Ave, Olyphant, PA 18447 |
| Universal Property and Casualty Insurance Company | Brooks, James | FL14-0115295 | TBD | 10/12/2014 | 3124 N Shannon Lakes Dr, Tallahassee, FL 32309 |
| Universal Property and Casualty Insurance Company | Ellison, Janice | FL14-0114401 | TBD | 9/25/2014 | 2031 Hanover Ct, Tallahassee, FL 32303 |
| Universal Property and Casualty Insurance Company | Garon, Bibiane & Hamilton, Claude | FL13-0113832 | TBD | 9/2/2013 | 2100 S Ocean Ln, Apt 201, Ft. Lauderdale, FL 33316 |
| Universal Property and Casualty Insurance Company | Kauffman | FL13-0108627 | TBD | 6/8/2013 | 2919 S Indian River Dr, Ft Pierce, FL 34982 |
| Universal Property and Casualty Insurance Company | Koppelman, Doname | FL13-0118640 | $14,606.41 | 12/5/2013 | 10101 Collins Ave, Miami, FL 33154 |
| Universal Property and Casualty Insurance Company | Pomponi, Pasquale | FL14-0109189 | TBD | 6/25/2014 | 4900 Brittany Dr S #102, St. Petersburg, FL 33715 |
| Universal Property and Casualty Insurance Company | Redding, Marsha | FL14-0110900 | TBD | 7/26/2014 | 1808 Sutton Rd, Lakeland, FL 33810 |
| Universal Property and Casualty Insurance Company | Ries, Paul M. | FL13-0112512 | $9,531.95 | 8/10/2013 | 16881 Davis Rd, #411, Fort Myers, FL 33908 |

## Schedule A

| Underwriting Company | Insured | Claim Number | Damages with Reserves | DOL | Loss Location |
|---|---|---|---|---|---|
| Universal Property and Casualty Insurance Company | Tillman, Peggy & John | FL14-0113644 | TBD | 9/10/2014 | 4900 Brittany Point Dr S, St Petersburg, FL 33715 |
| Westfield Insurance Company | RKM Holding Group, LLC | CMM4708045-072911 | $27,825.33 | 7/29/2011 | 1801 S Nova Rd, South Daytona, FL 32119 |
| Westfield Insurance Company | Triad Engineering, Inc. | R-CMM-4150717 | $88,681.98 | 12/30/2012 | 219 Hartman Run Rd, Morgantown, WV 26505 |
| Westfield National Insurance Company | Mertz, Richard & Lois | NR-WNP-7239849-032514 | $16,145.85 | 3/25/2014 | 3301 E 4th St, Duluth, MN 55804 |
| Westfield National Insurance Company | Randall, Gregory & Leontia | WNP5345337-052913 | $94,599.33 | 5/29/2013 | 622 Deepwood Ct, Louisville, KY 40241 |
| | 259 Claims | | $6,060,196.23 | | |